```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 17084
   CLINTON NOEL BUCKLAND II
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER


          Debtor
   SSN XXX-XX-7620

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/01/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 07/28/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
TRIAD FINANCIAL CORP     UNSECURED       9755.87              .00           .00
HOLT LAW GROUP           DEBTOR ATTY          .00                           .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         ---------------   ---------------
TOTALS                           .00                 .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
     Dated: 10/22/08             _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```